No. 10–10699.  RAY *v.* UNITED STATES.  C. A. 8th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [564 U. S. 1033] denied.

No. 10–11168.  IN RE RUDAJ; and

No. 11–5102.  KLEIN *v.* TALKIN, MUCCIGROSSO & ROBERTS, L. L. P.  C. A. 2d Cir.  Motions of petitioners for leave to proceed *in forma pauperis* denied.  Petitioners are allowed until October 24, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.  JUSTICE KAGAN took no part in the consideration or decision of these motions.